UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EDWARD HELLER, | ) | CASE NO. CV 08-4701 AGR |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: July 14, 2009

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE